# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 18, 2022

Lyle W. Cayce
Clerk

No. 21-50886
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MATTHEW TAYLOR ARTEAGA; LORENZO RUBIO, JR.,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-78-4

Before WIENER, DENNIS, and HAYNES, *Circuit Judges.*

PER CURIAM:*

The attorney appointed to represent Matthew Taylor Arteaga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arteaga has not filed a response. We have reviewed

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED IN PART as to Arteaga. *See* 5TH CIR. R. 42.2.